ORIGINAL

FILED
APR 16 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

**EOD TECHNOLOGY, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant,

Case No. 08-283 C

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**
**TO PREVENT UNLAWFUL OVERRIDE OF CICA STAY**

Pursuant to RCFC 65, Plaintiff EOD Technology, Inc. ("EODT"), through the undersigned counsel, respectfully moves the Court for a preliminary injunction enjoining Defendant, the United States, its officers, employees, and agents from (i) further implementing its override of the automatic stay of performance imposed by the Competition in Contracting Act on Contract No. W91B4L-08-M-0257, awarded by the Department of Defense, Kandahar Regional Contracting Center (the "Government"), and (ii) allowing performance of said contract to proceed.

The Government awarded the contract on or about March 31, 2008 to American K-9 Detection Services, Inc.

Plaintiff EODT respectfully requests that this preliminary injunction remain in force until the Court enters a final judgment on the merits in this case or until EODT's bid protest before the U.S. Government Accountability Office, B-311349.2, is resolved, whichever occurs first.

The grounds for this relief are set forth in the accompanying memorandum and appendix of exhibits and declarations.

Dated: April 16, 2008

Respectfully submitted,

John E. Jensen
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7560
(703) 770-7686 (protected facsimile)
Counsel for EOD Technology, Inc.

Of Counsel:

Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859