IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: April 16, 2008)

EOD TECHNOLOGY, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's application for a temporary restraining order and motion for a preliminary injunction.

The court will hold a hearing to address the application for a temporary restraining order on April 18, 2008, commencing at 3:00 p.m. at the National Courts Building, with the specific courtroom to be designated in a posting in the lobby of the courthouse.

s/ Charles F. Lettow
Judge