ORIGINAL

FILED

APR 16 2008

U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **EOD TECHNOLOGY, INC.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant, | Case No. 08-283 C |

**PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER TO PREVENT UNLAWFUL OVERRIDE OF CICA STAY**

Pursuant to RCFC 65, Plaintiff EOD Technology, Inc. ("EODT"), through the undersigned counsel, respectfully moves the Court for a temporary restraining order enjoining Defendant, the United States, its officers, employees, and agents from (i) further implementing its override of the automatic stay of performance imposed by the Competition in Contracting Act on Contract No. W91B4L-08-M-0257, awarded by the Department of Defense, Kandahar Regional Contracting Center (the "Government"), and (ii) allowing performance of said contract to proceed.

The Government awarded the contract on or about March 31, 2008 to American K-9 Detection Services, Inc. ("AMK-9").

Plaintiff EODT respectfully requests that this temporary restraining order remain in force until the Court enters a preliminary injunction or a final judgment on the merits of this case, whichever occurs first. The grounds for this relief are set forth in the accompanying memorandum and appendix of exhibits and declarations.

Contemporaneously with this filing, the undersigned counsel for EODT has arranged for the immediate delivery of EODT's Complaint, this application, a motion for a preliminary injunction, EODT's memorandum in support of the application and motion, and all supporting documents to counsel for the United States, Sean M. Dunn, Esq. and Capt. John J. Pritchard, Esq., and to counsel for AMK-9, Fernand A. Lavallee, Esq.

Dated: April 16, 2008

Respectfully submitted,

John E. Jensen
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7560
(703) 770-7686 (protected facsimile)
Counsel for EOD Technology, Inc.

Of Counsel:

Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859