ORIGINAL

FILED
APR 16 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **EOD TECHNOLOGY, INC.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant, | Case No. 08-283 C |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, EOD Technology, Inc. ("EODT") respectfully submits this corporate disclosure statement. EODT states that it has no parent companies. Furthermore, there is no publicly held company that owns more than 10 percent of EODT.

Dated: April 16, 2008

Respectfully submitted,

John E. Jensen
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7560
(703) 770-7686 (protected facsimile)
Counsel for EOD Technology, Inc.

Of Counsel:

Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859