IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: April 16, 2008)

EOD TECHNOLOGY, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

Pending before the court is plaintiff's motion for leave to file documents under seal, filed April 16, 2008. Plaintiff requests to file under seal its complaint and the memorandum and appendix in support of its application for a temporary restraining order and motion for a preliminary injunction.

Good cause having been shown, plaintiff's motion for leave to file the aforementioned documents under seal is GRANTED.

s/ Charles F. Lettow
Judge