**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **EOD TECHNOLOGY, INC.**, Plaintiff, | ) |
| v. | ) Case No. 08-283-C |
| **THE UNITED STATES**, Defendant. | ) |

**AMERICAN K-9, INC.'S MOTION TO INTERVENE**

1. American K-9, Inc. ("American K-9"), 735 Primera Boulevard, Suite 120, Lake Mary, Florida 32746, a Florida corporation, through its undersigned counsel, hereby submits this motion to intervene in this matter.

2. American K-9 is the recipient of contract W91B4L-08-M-0257, which is at issue in the Plaintiff's action in this matter.

3. Plaintiff EOD Technology, Inc. ("EODT") requested alternative forms of relief from the Court, which, if granted, would be adverse to American K-9's interests, as well as to the best interests of the United States. As such, American K-9 seeks to intervene in accordance with Rule 24(a)(2) and Appendix C of the Rules of the Court of Federal Claims.

4. The undersigned outside counsel has been retained by American K-9 to represent it in this matter.

5. American K-9 respectfully requests that the Court grant this Motion.

Respectfully submitted,

s/J. Philip Ludvigson
J. Philip Ludvigson
DLA Piper US LLP
500 Eighth Street, NW
Washington, DC 20004
Telephone: 202-799-4405
Facsimile: 202-799-5405

Counsel for Intervenor
American K-9, Inc.

Of Counsel:
Fernand A. Lavallee
DLA Piper US LLP
500 Eighth Street, NW
Washington, DC 20004
Telephone: 202-799-4401
Facsimile: 202-799-5401

Of Counsel:
Monica J. Washington Rothbaum
Stenstrom, McIntosh, Colbert, Whigham & Partlow, P.A.
1001 Heathrow Park Lane, Suite 4001
Lake Mary, FL 32746
Telephone: 407-322-2171
Facsimile: 407-330-2379

April 18, 2008