IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: April 18, 2008)

EOD TECHNOLOGY, INC.

Plaintiff,

v.

UNITED STATES,

Defendant, and

AMERICAN K-9, INC.

Intervening Defendant.

Pending before the court is American K-9, Inc.'s unopposed motion to intervene, filed today, April 18, 2008.

For reasons stated at a hearing held today on plaintiff's application for a temporary restraining order, American K-9, Inc.'s motion to intervene is GRANTED.

s/ Charles F. Lettow
Judge

.