**FORM 9**
**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL**

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **EOD TECHNOLOGY, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-283-C |
| **THE UNITED STATES,** | ) Judge Lettow |
| Defendant, and | ) |
| **AMERICAN K-9, INC.** | ) |
| Intervening Defendant | ) |

**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL**

1. I, Monica J. Washington Rothbaum, hereby apply for access to the protected information covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of Stenstrom, McIntosh, Colbert, Whigham & Partlow, P.A., and have been retained to represent American K-9 Detection Services, Inc., a party to this proceeding.

3. I am not a member of the bar of the United States Court of Federal Claims (the court).

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decision-making as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party participating in this proceeding, or any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

**None**

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order:

**None**

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, had admission revoked, or have been found to have violated a protective order issued by any administrative or judicial tribunal:

**None**

8. I have read the Protective Order issued by court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

Signature

4/23/08
Date Executed

Monica J. Washington Rothbaum, Esq.
Stenstrom, McIntosh, Colbert, Whigham & Partlow, P.A.
1001 Heathrow Park Lane, Suite 4001
Lake Mary, FL 32746
Telephone: 407-322-2171
Facsimile: 407-330-2379

Signature of Attorney of Record

23 APR 08
Date Executed

J. Philip Ludvigson, Esq.
DLA Piper US LLP
500 Eighth Street, NW
Washington, DC 20004
Telephone: 202-799-4405
Facsimile: 202-799-5405