IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: April 25, 2008)

| | |
|---|---|
| EOD TECHNOLOGY, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| AMERICAN K-9, INC. | ) |
| Intervening Defendant. | ) |

ORDER

Pending before the court is plaintiff's motion, filed April 24, 2008, for leave to file a corrected version of its reply brief in support of its application for a temporary restraining order and motion for a preliminary injunction.

Good cause having been shown, plaintiff's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge