**REDACTED VERSION**

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NO.
PAGE 1 OF 27

2. CONTRACT NO.: W91B4L-08-F-0008
3. AWARD/EFFECTIVE DATE
4. ORDER NO.
5. SOLICITATION NO.
6. SOLICITATION ISSUE DATE

7. FOR SOLICITATION INFORMATION CALL
a. NAME: Kyung H. Jun, Kyung.jun@afghan.swa.army.mil
b. TELEPHONE NO.
8. OFFER DUE DATE/LOCAL

9. ISSUED BY — CODE
Kandahar Regional Contracting Center
Kandahar Airfield, Afghanistan
APO AE 09355

Point of Contact:
Kyung.jun@afghan.swa.army.mil

10. THIS ACQUISITION IS
☒ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)
SIC:
SIZE STD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12. DISCOUNT TERMS

13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION
☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO — CODE
KANDAHAR AF, AFGHANISTAN
APO AE 09355

16. ADMINISTERED BY — CODE
SAME AS BLOCK 9

17a. CONTRACTOR/OFFEROR — CODE — FACILITY CODE
EOD TECHNOLOGY, INC
2229 Old Highway 95
Lenoir City, TN 37771
(865)988-6063

18a. PAYMENT WILL BE MADE BY — CODE
DFAS Rome (DFAS RO-FPT)
325 Brooks Road
Rome NY 13442-4527 Phone: 800-553-0527
Email: rome-vendorpay@dfas.mil

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER.

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED. ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |
| | (Attach Additional Sheets as Necessary) | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
SEE SCHEDULE

26. TOTAL AWARD AMOUNT (For Govt. Use Only) [redacted]

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☒ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR
Erik S Quist (signature)

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
Christian J. Bisbano (signature)

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT): Erik S. Quist / Dir. Business Development
30c. DATE SIGNED: Dec 1, 2007

31b. NAME OF CONTRACTING OFFICER: CHRISTIAN J. BISBANO, Maj, USAF
31c. DATE SIGNED: 02 Dec 07

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

33. SHIP NUMBER ☐ PARTIAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR
36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL
37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT. REP
32c. DATE

38. S/R ACCOUNT NO.
39. S/R VOUCHER NO.
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

42a. RECEIVED BY (Print)

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE

42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD)
42d. TOTAL CONTAINERS