**REDACTED VERSION**

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NO.

PAGE 1 OF 27

2. CONTRACT NO. W91B4L-08-M-0232

3. AWARD/EFFECTIVE DATE 28 Feb 08

4. ORDER NO.

5. SOLICITATION NO. W91B4L-08-R-0013

6. SOLICITATION ISSUE DATE 10 February 2008

7. FOR SOLICITATION INFORMATION CALL ▶ a. NAME SSgt Bradford Shagrin bradford.shagrin@afghan.swa.army.mil

b. TELEPHONE NO. *(No collect calls)* DSN 318-841-1415

8. OFFER DUE DATE/LOCAL 20 February 2008

9. ISSUED BY CODE

Kandahar Regional Contracting Center
Kandahar Airfield, Afghanistan
APO AE 09355

Point of Contact:
bradford.shagrin@afghan.swa.army.mil

10. THIS ACQUISITION IS
☒ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)
SIC:
SIZE STD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12. DISCOUNT TERMS

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO CODE

KANDAHAR AF, AFGHANISTAN
APO AE, 09355

16. ADMINISTERED BY CODE

SAME AS BLOCK 9

17a. CONTRACTOR/ OFFEROR CODE 0NEH5 FACILITY CODE

EOD Technology Inc
2229 Old Highway 95
Lenoir City TN 37771-6747
TELEPHONE NO. 865-998-6063

18a. PAYMENT WILL BE MADE BY CODE

DFAS Rome (DFAS RO-FPT)
325 Brooks Road
Rome NY 13442-4527 Phone: 800-553-0527
Email: rome-vpfileroom@dfas.mil

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| ——— | ———SEE SCHEDULE——— | ——— | ——— | ——— | ——— |
| | *(Attach Additional Sheets as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
SEE SCHEDULE

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* [redacted]

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

28. ☐ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. ☐ AWARD OF CONTRACT: REFERENCE ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR [signature]

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* [signature]

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* MARK Smith - BD Manager EODT

30c. DATE SIGNED 28 Feb, 2008

31b. NAME OF CONTRACTING OFFICER SSgt Bradford Shagrin

31c. DATE SIGNED 28 Feb 08

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

33. SHIP NUMBER
☐ PARTIAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

36. PAYMENT
☐ COMPLETE ☐ PARTIAL ☐ FINAL

37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT REP

32c. DATE

38. S/R ACCOUNT NO.

39. S/R VOUCHER NO.

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

42a. RECEIVED BY *(Print)*

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS