# EXHIBIT E WITHHELD
# (REDACTED IN ITS ENTIRETY)