# EXHIBIT G WITHHELD
# (REDACTED IN ITS ENTIRETY)