REDACTED
VERSION

# PERFORMANCE WORK STATEMENT
# CONTRACTED WORKING DOG (CWD) SERVICES
# KANDAHAR AIRFIELD – SOUTHERN AFGHANISTAN

14 Feb 08 (Revision 01)

## 1. DESCRIPTION OF SERVICES:

1.1. INTRODUCTION. People to help protect themselves and their property since ancient times have used dogs. Trained dogs have been used by most of the world's military forces since the first military units were organized. This tradition is carried on today and has been an integral part of the US Army's mission at Kandahar Airfield, Afghanistan since the earliest periods of Operation Enduring Freedom.

1.2. SCOPE OF WORK. Kandahar Airfield / CJTF-82, and ISAF Regional Command South require Contract Working Dog (CWD) services in lieu of Military Working Dogs (MWD) to execute force protection requirements in support of operations. CWD support includes providing a combination of [redacted] as well as trained and certified handlers and staff to conduct operations at Kandahar Airfield, the Regional Command South Area of Operation (AO), and the Combined Joint Special Operations Area (CJSOA); 24 hours a day, seven days a week during the period of performance. Contractor will plan and execute the fielding of CWD teams to Kandahar, Afghanistan, which will serve as a base of operations for CWD services at Forward Operating Bases (FOB) and Provincial Reconstruction Teams (PRT) throughout the NATO International Security Assistance Force (ISAF) Regional Command South AO [Southern Afghanistan's five provinces: Uruzgan, Zabul, Kandahar, Helmand, and Nimroz]. Contractor will be responsible for the management of the CWD teams to achieve mission accomplishment with the required number of CWD teams. Contractor will interface with the Force Protection Officer, NATO Forces, Kandahar Airfield Provost Marshal, Unit Headquarters, Commanders, and Soldiers. Contractor's CWD teams will not be used in an offensive role.

1.2.1. Explosive Detection Dog (EDD) STANDARDS. Explosive Detection Dogs (EDD) used under this contract shall not be younger than one (1) year and not older than seven (7) years of age. Dogs will be from a breed like in appearance to the German Sheppard or Belgium Malinois. Other breeds commonly used for explosive detection purposes in the private sector and by other Government agencies may be used as substitutes if an insufficient number of German Shepherds or Belgium Malinois are available. Use of alternative breeds, however, must be approved in advance by the Contracting Officer at KAF and the Contracting Officer Representative before they may be employed under this contract.

1.3. Mobilization and Deployment.

1.3.1. Deployment Preparation. Contractor shall plan for and execute deployment to Kandahar Airfield, Afghanistan. Contractor shall provide program management of Contractor's personnel and dogs from home station to designated CONUS Replacement Center (CRC). For Afghanistan, the CRC location is typically Fort Benning, GA. Government may direct Contractor to send personnel to CRC located at Fort Bliss, TX depending on availability of reservations at Fort Benning.

1.3.1.2. All dogs shall be given a physical examination within 7 days of shipment to the CRC or the port of embarkation (POE). Dogs will be evaluated to be reasonably sure that the dog will be able to complete its assignment to Afghanistan with minimal medical difficulty.

1.3.1.3 The following actions shall be accomplished prior to shipment overseas: Vaccination against rabies, canine distemper, canine adenovirus type 1 or type 2, leptospirosis, canine parvovirus, and parainfluenza (if dog has not been vaccinated for these diseases within the past 6 months). The attending veterinarian shall ensure immunizations are current and consistent with the requirements of destination (local, state, and national) regulations. Other vaccinations and treatments shall be administered at the discretion of the veterinarian. Treatment to eliminate external and internal parasites prior to shipment shall be performed. Clean teeth, if needed.

1.3.1.4. All dogs shall be accompanied by health certificates and Rabies vaccination certificates, prepared and signed by a veterinarian no more than 7 days prior to embarkation or movement to CRC. The handler shall carry the complete medical record.

1.3.1.5. Only dogs under 7 years of age and in excellent health will be shipped overseas. Dogs with disease conditions that might adversely affect performance or require extensive veterinary care shall not be shipped.

1.3.1.6. Contractor shall be responsible for providing all the necessary equipment and supplies needed to safely transport the dog to Kandahar, Afghanistan.

1.3.1.6.1. Each dog shall deploy with a dog crate acceptable to transportation carrier(s). Crates must be durable as they may be required to be used as temporary kennels at FOB's and/or PRT's once deployed to Afghanistan.

1.3.1.6.2. Each dog / handler team shall deploy with the appropriate equipment and supplies in order to be fully operational as quickly as possible upon arrival in Kandahar, Afghanistan.

1.3.2. Reserved.

1.3.3. Contractor shall coordinate with Government for the scheduling of CRC reservations.

1.3.3.1. Period of performance for dog team begins once the handler arrives at the CRC ready to deploy.

1.3.3.2. Exception is during phase-in period at beginning of contract as explained in management plan (see Para 1.3.2.)

1.4. Scheduling and Employment.

1.4.1. The Contractor's Kennel master shall assist the Contracting Officer Representative (COR), the US NCE Force Protection Officer, in developing duty schedules, duty cycles, duty hours, and methods of using CWD teams that best support operations. The Contractor's Kennel master may also be required to assist the Provost Marshal, ISAF Force Protection Officer, NCE, BASEOPS, or Force Protection Commander, or Operations Officer in developing plans and duty schedules to best support operations. Scheduling must allow time for mandatory proficiency training and for the care of the dogs, kennels, and equipment.

1.4.2. The Contractor's duty schedule shall allow at least four hours each week for proficiency training in both patrol and detector tasks — eight hours for dual certified dogs. Shorter periods (e.g. 1-2 hours) of proficiency training are preferred over one four hour period, thus preventing the dogs from losing focus.

1.4.3. Daily work schedules shall provide one to two hours for grooming and exercising the dogs, and for maintenance of equipment and kennel facilities. Feeding should be conducted one to two hours before or after each shift starts and ends for each dog.

1.4.4. Contractor shall assign an appropriately qualified handler to every dog on hand. Assignment will be consistent with the policy of "one dog-one handler." No dog should be without a handler unless all qualified handlers have been assigned to a dog and the Contractor has no other handlers available.

1.4.5 A dog shall be worked with only one dog handler during the term of this contract unless a change is approved by the Contracting Officer Representative in writing. The Contractor must provide a written request of handler changes to the Contracting Officer Representative a minimum of 7 calendar days prior to the proposed change and it cannot adversely impact on the number of EDD teams available in the RC-South.

1.4.6 Any unassigned dogs are the responsibility of the kennel master/trainer. It is their responsibility to care for, groom and conduct proficiency training until a handler is assigned.

1.4.7 Contractor shall notify the COR when a handler is terminated, resigns or is placed on administrative duty/medical care.

1.5. Training and Certification.

1.5.1. EDD Training and Certification.

1.5.1.1. The proficiency of EDDs is a critical skill that depends on continual reinforcement through training. To maintain satisfactory proficiency (95 percent or better detection rate with no more than a false response rate of 10 percent), EDDs shall be given a minimum of 4 hours of explosives detection proficiency training each week.

1.5.1.1a. Contractor shall ensure each EDD is given proficiency training on each of the explosive odors listed in this PWS no less than 5 times every month.

1.5.1.2. Within safety limits, training shall be conducted in the same or a similar environment to that which the EDD team will be required to work.

1.5.1.3. Contractor shall conduct training so that EDDs detection proficiency is at 95 percent or better on each of the following explosives: [redacted] Contractor may be required to conduct additional training and maintain EDD detection proficiency at 95 percent or better on explosive compounds in common usage by enemy forces in Afghanistan. Such compounds will be identified to the Contractor's Kennel master by the COR in writing and the Contractor will have at least 30 calendar days to attain the required detection proficiency on additional explosives.

1.5.1.4. Contractor will be prepared to also maintain 95 percent or better proficiency in a mission oriented scenario based certification that is suited to the region. This includes but should not be limited to: Operations with Government or Coalition forces in advance of a cordon, Operations with Government or Coalition forces in an open area sweep for Improvised Explosive Devices (IED's) and/or mines, as well as Operations with Government or Coalition forces during static and mobile vehicle checkpoints.

1.5.1.5. EDDs and EDD handlers shall be certified as an explosive detection team before being employed for explosives detection. This will be accomplished by demonstrating minimum proficiency (95 percent or better detection rate) to an appointed Department of the Army Certification Authority.

1.5.1.5a. At no time will an uncertified EDD team be allowed to conduct proficiency training at entry control points (ECP), inspection lanes, or any area where the Government is currently utilizing certified EDD teams. EDD may conduct training in such areas during non duty hours of operation. Uncertified EDD teams will not work these areas as on the job training.

1.5.1.6. Certification of an EDD with an EDD handler is immediately nullified when the dog is assigned to any other handler.

1.5.1.7. Failure to maintain an average proficiency that meets or exceeds the minimum proficiency standard will result in automatic decertification of the EDD team.

1.5.1.8. The team may be recertified only after retraining and consistent demonstration of the minimum standard of proficiency to an appointed Department of the Army Certification Authority.

1.5.1.9. Initial certification by the Department of the Army Certification Authority must occur prior to conducting any real-world missions.

1.5.1. EDDs must be in a healthy state, non-aggressive, and display traits common to a well bred, disciplined, and trained EDD. EDDs shall be trained with a passive response. EDDs that display an aggressive response are unacceptable.

1.5.1.11 The handler must demonstrate sufficient knowledge, experience, and level of proficiency required of an EDD handler during the certification process, including knowledge of proper search, detection, and response procedures. Additionally, the handler's proficiency is evaluated by having the handler demonstrate detailed knowledge of:

(1) The characteristics of each of the explosives the team is trained to detect.
(2) How these explosives may be used in explosive devices.
(3) The requirements for safe handling, transportation, and storage of these explosives.
(4) The requirements for conducting safe training exercises.

1.5.1.12 The Contractor's Kennel Master and CWD Trainer shall conduct quarterly validations on all EDD Training and inform the COR in writing of each EDD not meeting the 95% standard on explosive odors.

1.5.1.13 The COR has the right to request a validation on any EDD team who shows a decrease in detection performance, or a reason to doubt the teams' reliability.

1.5.1.14 Contractor shall conduct monthly explosives inventory with a disinterested person designated by the COR.

1.5.1.15 EOD personnel shall inspect all explosive training aids once a quarter or when deemed necessary by the Contractor's Kennel master.

1.5.1.16 Contractor shall provide a certificate of completion for all EDD handlers of an explosive detector dog handler course to the COR.

NOTE: The U.S. Government reserves the right to reject any EDD or handler that does not meet minimum standards specified herein.

1.5.2. Explosives Safety Training.

1.5.2.1. Contractor shall ensure that initial explosives safety training occurs before individuals participate in any training where explosives are present. Government shall provide qualified explosives ordnance personnel to assist with training upon coordination by Contractor. A memorandum with names and signatures of each handler who attend all explosive training will be kept on file for 2 yrs or upon completion of this contract.

1.5.2.2. Contractor shall ensure that personnel involved in EDD training have been thoroughly trained in the safe storage, transportation, and handling of each type of explosive to be used as training aids before they are allowed to conduct or take part in this training.

1.5.3. Narcotics Training and Certification.

1.5.3.1. The proficiency of narcotics detector dogs is a critical skill that depends on continual reinforcement training. To maintain satisfactory proficiency (90 percent or better detection rate with no more than a false response rate of 10 percent), narcotic dog teams shall be given a minimum of 4 hours of narcotics detection training proficiency training each week.

1.5.3.2 Contractor shall conduct training so that narcotics detection proficiency is at 90 percent or better on each of the following drug contraband substances: concealed marijuana, hashish, heroin, methamphetamines and cocaine.

1.5.3.3. Failure to maintain an average proficiency that meets or exceeds the minimum proficiency standard for three or more consecutive months will result in automatic decertification of the narcotics detector dog team.

1.5.3.4. The team may be recertified only after retraining and consistent demonstration of the minimum standard of proficiency to an appointed Department of the Army Certification Authority.

1.5.3.5. Initial certification by the Department of the Army Certification Authority must occur prior to conducting any real-world missions.

1.5.4. Patrol Training and Certification.

1.5.4.1. Patrol dogs will meet the proficiency standards outlined in Chapter 3, Section III, DA Pam 190-12 (See Appendix C for extract). As evaluation criteria, the correct performance of the required tasks serves to verify that the handler understands control.

1.5.4.2. Contractor shall conduct training so that patrol dogs maintain proficiency on the tasks outlined in Appendix C.

1.5.4.3. Failure to maintain proficiency that meets or exceeds the minimum proficiency standard will result in decertification as a patrol dog.

1.5.4.4. The team may be recertified only after retraining and consistent demonstration of the minimum standard of proficiency to an appointed Department of the Army Certification Authority.

1.5.4.5. Initial certification by the Department of the Army Certification Authority must occur within 30 days of arrival of dog, handler, or both arriving to Afghanistan.

1.6. Kennel Operations.

1.6.1. Sanitation.

1.6.1.1. Cleanliness is one of the most important factors for good health of the CWDs. The Kennel master shall enforce sanitary measures in and around the kennel area. Sanitation is one of the chief measures of disease prevention and control. The importance of disease control in a kennel facility cannot be overemphasized. The existence of a disease in one dog that might be passed on to other dogs shall be the concern of every handler.

1.6.1.2. The food preparation area shall be kept as clean as possible. Dogs may get diseases from food prepared with dirty hands or dirty utensils. To prevent disease, Contractor shall clean and sanitize the food and water utensils daily.

1.6.1.3. Kennels must be sanitary, in a good state of repair, and thoroughly cleaned every day. Kennels shall be disinfected at least once every week using only those disinfecting products approved by the veterinarian.

1.6.2. Grooming.

1.6.2.1. Grooming and inspection are essential to the dog's health and well-being, and shall be done daily by the Contractor.

1.6.3. Feeding.

1.6.3.1. CWDs require a diet that is significantly different from that of pet dogs. Their work demands much higher levels of energy and larger quantities of essential nutrients. Therefore, Contractor shall feed their dogs a food the same as or similar to, Hills Science Diet, NSN: 8710-01-415-6950.

1.6.3.2. Contractor shall be responsible for providing food for CWDs provided by Contractor during period of performance.

## 2. SERVICE SUMMARY:

| Performance Objective | PWS Section | Performance Threshold |
|---|---|---|
| Effectively Plan, Implement, and Manage deployment of qualified handlers and qualified dogs. | 1.3.2.<br>1.3.3. | 100% Of The Time |
| Provide medically qualified dogs. | 1.3.1.2.<br>1.3.1.3 | 100% Of The Time |
| Provide adequate equipment and supplies for deployment. | 1.3.1.6.1.<br>1.3.1.6.2 | 100% Of The Time |
| Develop schedules, duty cycles, and duty hours. | 1.4.1. | 95% Of The Time |
| Allow for adequate proficiency training time. | 1.4.2.<br>1.5.1.1.<br>1.5.3.1. | 100% Of The Time |
| Ensure EDD and EDD handler certification. | 1.5.1<br>1.5.1.5. | 100% Of The Time |
| Ensure proper explosives safety training. | 1.5.2<br>1.5.2.1<br>1.5.2.2. | 100% Of The Time |
| Ensure narcotics detector dog and handler certification. | 1.5.3<br>1.5.3.2.<br>1.5.3.5 | 100% Of The Time |
| Ensure kennel maintained properly. | 1.6.1. | 100% Of The Time |
| Ensure proper care of dogs. | 1.6.2.<br>1.6.3. | 100% Of The Time |
| Required Reports | Appendix A | Submit Required Reports On Time 95% Of The Time |

## 3. GOVERNMENT-FURNISHED PROPERTY and SERVICES:

3.1. Facilities:

3.1.1. Dog Kennel. Kandahar Airfield, Afghanistan. 5210 Square Feet, Government Owned. Two each of these kennels exist on Kandahar Airfield, each able to house 15

canines in a separate kennel. All canine contractors on Kandahar Airfield will share these buildings. The sole use of any facility is subject to change at the Governments discretion. When working at FOB's and PRT's, the Contractor may be required to provide temporary kennel for canines in the form of a shipping crate.

3.1.2. Lodging. A Logistics Support Area (LSA) is collocated adjacent to the kennel area. The LSA consists of housing tents, latrine and shower facilities. Lodging will also be provided when teams are assigned temporarily to FOB's and PRT's.

3.1.3. Contractor shall maintain a safe, clean, and healthy work environment for both handlers and canines.

3.2. Government Furnished Services:

3.2.1. Utilities. Government will provide water, sewage service, electricity, heat, and air conditioning to all facilities being utilized by Contractor. Contractor shall exercise responsible use of all utilities.

3.2.2. Phone. Government will provide phone service connection at Kandahar Airfield for DSN access. Commercial access is unavailable. Contractor is responsible for purchasing, maintaining all cell phones used by their employees.

3.2.3. Automation. Government will provide computer(s), and network access at Kandahar Airfield. As U.S. is no longer the lead nation, the contractor will have to abide by costing arrangements set forth for all contractors on KAF. Additional charges for internet access once the U.S. information architecture is redeployed may be charged at the contractor's expense.

3.2.4. Laundry. Laundry service as well as self-service laundry is provided at Kandahar Airfield and some FOB's and PRT's. As U.S. is no longer the lead nation, the contractor will have to abide by costing arrangements set forth for all contractors on KAF.

3.2.5. Morale, Welfare, and Recreation (MWR). MWR service is provided at Kandahar Airfield and some FOB's and PRT's such as game rooms, movie rooms, and gym.

3.2.6. Food. Meals will be furnished to Contractor personnel.

3.2.7. Medical. Emergency care will be provided and routine care on a space available basis.

3.2.8. Veterinary Care. May be provided by the Government, but the Contractor shall reimburse the Government for all costs associated with the provided care when utilizing the U.S. military veterinarian services. This service reimbursement remains available for as long as the U.S. deploys this service. It becomes unavailable when the U.S. chooses not to backfill this position.

3.2.9. Air Transportation. Shall be provided from the CONUS Replacement Center location to Kandahar Airfield, Afghanistan. Transport from locations other than the CRC may be coordinated through the Government, but the Contractor shall reimburse the Government for all costs associated with the transportation. The government will not be responsible for costs of all travel in the region on behalf of the contractor. Approved trips must be coordinated through the cognizant contracting office. Emergency leave, regular leave, transitions may not be covered depending on the circumstances and may be subject to reimbursement on behalf of the contractor.

3.3. Government Furnished Materials. Contractor shall be responsible to provide materials required to accomplish requirements of this PWS.

3.4 Government Furnished Intelligence. Authorized contractor will have limited access to certain sensitive information to include: current threat conditions/levels, warnings and indicators. Such information will be disseminated by Force Protection as deemed necessary. *DD Form 254, Contract Security Classification Specification*, will be accomplished prior to commencement of performance.

3.5. Government Furnished Property. The following items are, or will be, for the contractor's use. Additional property will be added as required for the accomplishment of the mission or as requested by the contractor. Not all requests for Government Furnished Property will be granted. The contractor is responsible for the maintenance, repair, or replacement of these items as applicable. These items shall be returned to the Government in good working condition at the end of this contract.

- Protective clothing (e.g. Helmet, Body Armor) issued to each handler at the CONUS Replacement Center (CRC).
- Canine Explosive Scent Kits (CESK)
- Narcotics Or Contraband Training Aids
- Computer(s)

3.5.1. Contractor Furnished Property. The following items shall be provided for contractor personnel use, by the contractor, at the contractor's expense. The contractor is responsible for the maintenance, repair, or replacement of these items as applicable.

- Protective clothing (e.g. Helmet, Body Armor) in addition to Government issued items.
- Weapons (compatible with NATO ball ammunition in 9mm & 5.56mm)
- 2 ea. Patrol Narcotic Detector Dogs (PNDD)
- 39 ea. Explosives Detector Dogs (EDD)

3.5.2. Authorization for Contractor personnel to carry a Contractor furnished weapon for self-defense in the Area of Operations (AO) is at the discretion of the Theatre Commander (IAW CENTCOM Policy). Acceptance and use of Contractor furnished weapons by Contractor employees is at the discretion of the Contractor and Contracted

Employee. When accepted, the Contract employee shall be responsible for using the weapon in accordance with the applicable rules governing the use of force and law of armed conflict. Upon receipt of any Contractor issued weapon or ammunition, the contractor shall assume full responsibility and accountability for these items. The Contractor and the Contract employee must understand that they may incur civil and criminal liability, both under host nation law or U.S. Criminal and civil law, for the improper or illegal use of a weapon.

3.5.3. The Contractor agrees to implement a regular maintenance program for all Contractor provided weapons. Pursuant to this program, all weapons shall be checked and cleaned periodically. Handlers have the obligation to ensure that their weapons are at all times in proper working order. If an employee has knowledge that his weapon is not in the proper working condition, the employee shall immediately report to his supervisor.

3.5.4. The Contractor is responsible for ensuring each Handler is qualified and is trained on safe handling of firearms. The Contractor will ensure this qualification and training is completed on a semi-annual basis. The Contractor shall schedule their employees for semi-annual qualification utilizing the Army weapons qualification standards best suited for the AO. All Contractor employees shall be qualified on their assigned weapons and receive initial training on: weapons safety, weapons loading and clearing, rules of use of force, and laws of land warfare and/or laws or armed conflict prior to arrival at KAF. All Contractor employees shall acknowledge the potential for civil and criminal liability under U.S. and Afghan laws for the improper or illegal use of weapons.

3.5.5. The Contractor will not possess or use weapons or ammunition not approved for use by CDR CENTCOM or his designee (i.e. hollow point or frangible ammunition, etc.).

3.5.6. The Contractor will provide all the CWD used as PNDD and EDDs.

3.5.7. Government and Contractor will conduct a joint inventory of all property during phase-in period.

## 4. GENERAL INFORMATION:

4.1. Place of Performance. Kandahar Airfield, Kandahar, Afghanistan and various temporary locations (Forward Operating Bases and Provincial Reconstruction Teams) in the Southern Afghanistan region.

4.1.1. Contractor shall be required to operate in Hostile Fire or Imminent Danger Areas that are not limited to operations on Kandahar Airfield, FOB's, or PRT's. Contractor will only operate in this manner while serving with U.S. or Coalition Forces.

4.1.2. Contractor shall be required to operate a kennel in accordance with industry standards and Army Regulation 190-12 and Army Pamphlet 190-12.

4.2. Quality Control: The contractor shall provide a comprehensive Quality Control Plan (QCP) for all work required in this Performance Work Statement. The written QCP shall be submitted to the Contracting Officer Representative (COR) for acceptance no later than the pre-performance conference. The COR will notify the contractor of acceptance or required modifications that shall be made to the plan prior to contract start.

4.2.1. The plan shall include, at a minimum:

4.2.1.1. A description of the inspection system to cover all services listed on the Services Summary (SS). The description shall include specifics as to the areas to be inspected on a scheduled and unscheduled basis, frequency of inspections, submission of QC schedule and the title and organizational placement of the quality control inspectors (QCIs). Additionally, control procedures for any Government provided keys or lock combinations shall be included. Control procedures for explosives and narcotics training aids will also be included.

4.2.1.2. A description of the methods to be used for identifying and preventing defects in the quality of service performed.

4.2.1.3. A description of the records to be kept to document inspections and corrective or preventive actions taken. This includes the use and distribution of required forms and reports.

4.3. Quality Assurance: The Government may inspect the Contractor's job performance at any time during the duration of this contract. The Government will appoint Quality Assurance (QA) personnel who are responsible for executing the Government's Performance Plan (PP). This plan is a living document, and may change throughout the life of the contract to ensure contract standards are maintained. Contractor shall be notified if performance defects are identified and validated by QA personnel. Disputes between QA and Contractor personnel over performance standards shall be referred to the contracting officer for final determination. The Government reserves the right to inspect all Contractor's performance and detection team certifications to ensure services are received.

4.3.1. Government inspection rates and/or methods may vary throughout the life of the contract to ensure PWS standards are maintained. Contractor shall be responsible for providing its own Quality Control inspection system, and shall not rely upon the Government's Quality Assurance program to identify performance defects.

4.3.2. The records of Contractor inspections shall be kept and made available to the Government throughout the contract performance period and for the period after contract completion until final settlement of any claims under this contract.

4.4. Hours of Operation:

4.4.1. Contractor personnel generally may be required to work in excess of 10-hours each day, 6-7 days a week based on mission need.

4.4.2. Recognized Holidays are all federal holidays. The contractor shall be required to work on these days based on mission need.

4.4.3. The U.S. Government reserves the right to prescribe work locations and operating hours of NDD/EDD teams assigned to their local area of operations to meet both permanent, immediate, and temporary (on-short notice) changes in security operational requirements. Changes in patrol and explosive detection dog team location and operating hours will be at no extra cost to the U.S. Government provided such changes do not impose additional costs on the contractor.

4.5. Security Requirements:

4.5.1. Physical Security. Contractor shall be responsible for safeguarding all Government property provided for Contractor use. At the close of each work period, government facilities, equipment, and materials shall be secured, lights and water turned off, heat or air conditioning set to minimum acceptable temperatures, and all doors and windows secured.

4.5.2. Post Passes and Identification. Contractor shall obtain post passes and identification cards for all employees and vehicles. Applications will be coordinated through the Contracting Officer Representative. The contractor's identification will expire on the last day of the period of performance. Contractor's identification card shall clearly identify personnel as contractor employees.

4.5.2.1. Contractor shall obtain and return all Common Access Cards (CAC) from terminated employees within 72 hours of returning from deployed location.

4.5.2.2. Contractor shall obtain and return all identification cards and passes from terminated employees within 72 hours of returning from deployed location

4.5.3. Key Control. Contractor shall establish and implement a key control plan to ensure that no keys issued to the Contractor by the Government are lost or misplaced, and are used only by authorized persons.

4.5.3.1. Contractor shall obtain keys from all terminated employees within 24 hours of termination.

4.5.4. Narcotics and Contraband Training Aids. Strict physical security and control procedures shall be applied to prevent the misuse or theft of controlled substances used

as training aids obtained from any source. The Provost Marshal must approve procedures.

4.5.5. Explosives Training Aids. Strict physical security and control procedures shall be applied to prevent the misuse or theft of explosives used as training aids obtained from any source. The Provost Marshal must approve procedures.

4.5.6. Contractor weapons and ammunition must be store in accordance with AR 190-11. The Contractor shall ensure there is full security and accountability of all weapons/ammunition, and provide a report to the Government listing monthly inventories of all weapons and ammunition.

4.6. Personnel:

4.6.1. Kennel master / Project Manager. Contractor shall provide an on-site Contract Kennel master / Project Manager who shall be responsible for contract performance and have the ability and authority to act on behalf of the contractor. Prior to contract start, the name of this person and his/her alternate(s), who can act for the contractor when the manager is absent, shall be designated in writing to the contracting officer representative. The Contractor's Kennel master / Program Manager shall have at least six years prior experience as a senior military or civilian working dog handler or four years experience as a kennel master or two years experience as a working dog program manager. The nature and extent of this experience shall be such that the individual(s) has the capability of effectively managing an NDD/EDD/PD program of the scope and magnitude described herein.

4.6.1.1. Kennel master / Project Manager or alternate will participate in meetings chaired by the Government, which will be held on a periodic basis to integrate and coordinate support for the canine services effort. The Kennel master, Project Manager, Operations Manager, or Training Manager must have a valid security clearance SECRET, minimum, in order to attend specific Government meetings.

4.6.1.2. Kennel master / Project Manager or alternate shall be available after normal duty hours by phone.

4.6.1.3. Kennel master / Project Manager and alternate(s) shall be able to read, write, speak, and understand English.

4.6.1.4. Kennel master / Project Manager and alternate are designated as key personnel and contractor shall seek approval from Government to replace.

4.6.1.5. The Contractor will provide one CWD Trainer/Supervisor designated to oversee all CWD training under this contract.

4.6.2. All employees who come in contact with Government personnel in the performance of their duties shall be able to read, write, speak, and understand English.

4.6.3. All employees are subject to the laws, rules, and regulations of the respective Government installation on which they are operating. Failure to follow these laws, rules, and regulations may result in loss of privileges, debarment from the installation, or other administrative action. The contractor must be prepared to provide the Government with the necessary administrative information for Contracted Handlers (including SSN). This information will be used solely to determine if any Contracted Employees with former government service hold valid security clearances.

4.6.4. All employees may be subject to the laws, rules, and regulations of the Government of Afghanistan.

4.6.5. Job Descriptions and Qualifications: See Appendix B

4.7. Performance of services during crisis declared by the National Command Authority. Services to be performed under this contract have been determined to be essential for performance during crisis and, according to Department of Defense Directive 3020.26, Defense Continuity Program (DCP), and Army implementation thereof, it is determined that the Contractor will be required to perform during crisis unless otherwise directed by an authorized Government representative.

4.8. Uniforms. Contractor shall be required to wear uniforms that distinguish them as members of their company.

4.9. Pre-Performance Conference. Contractor shall schedule a pre-performance conference NLT 10 business days prior to first day of Phase-In Period. This conference may be conducted telephonically.

4.10. Phase-In Period. Contractor shall be required to overlap with current contractor to facilitate continuity of service to Government. Period of overlap will not exceed 30 days and begins 01 Mar 08.

4.10.1. Contractor shall develop a phase-in management plan. A detailed written phase-in management plan shall be submitted to the contracting officer representative for acceptance no later than the pre-performance conference.

4.11. Performance Metrics. Contractor and Government shall collaborate to develop performance metrics after contract award, but prior to contract start date.

4.12. Reserved

4.13. Invoicing. Invoice monthly as outlined in the Contract Line Items (CLINs) in the attached schedule. Submit all invoices electronically to kaf-contracting@kaf.afgn.army.mil or mail to:

KAF Contracting
Kandahar Airfield, Afghanistan
APO AE 09355

4.13.1. The Government shall deduct money from the Contractor's invoice for not meeting requirements of this performance work statement.

4.13.2. The amount deducted will be prorated per day based on the monthly rate.

4.13.3. The Government shall deduct one team's price for each team for failure to meet delivery schedule by having less then 41 teams in Kandahar on **01 Apr 08.**

4.13.4. The Government shall deduct for failure to meet qualification standards of personnel – deduction shall accumulate until the qualification standards have been met or personnel are replaced with qualified individual.

4.13.5. The Government shall deduct for failure to maintain certification standards for detector teams – deduction shall accumulate until the certification standards have been met or team has been replaced (dog, handler, or both) by a certified team.

4.14. Contractor shall be responsible for non-tactical vehicles required to perform operations. For planning, the rental of local vehicles ranges from $1250 per month to $2500 per month for vehicles ranging from 10 years old to new respectively. Note that most local vendors will require a minimum of a 24-month rental on new vehicles.

4.15. The Commander may authorize the Contractor's personnel to carry weapons, based on mission and threat level, but there is no guarantee.

4.16. For each six-month period of performance the Contractor's personnel will be authorized 14 days of leave, not including travel time. The Government shall not deduct money from the Contractor for not having the prescribed number of CWD teams caused by leave. The Contractor shall schedule leave of personnel to minimize impact on mission requirements and maximize the number of available teams to perform missions. Total absence for one period cannot exceed 30 days. If a handler's period of absence exceeds 30 days, which decertifies the EDD or NDD team, results in the total number of certified teams to fall below the required number of certified CWD teams, the Contractor shall reimburse the Government for the cost of the team until the required number of certified teams is met.

4.16.1. Red Cross verified emergency leave due to death or serious illness of immediate family members will not result in a deduction.

4.16.2. Any period of performance less than six months does not qualify Contractor personnel for any leave.

4.16.3. Any period of performance of less than one year qualifies for only one leave period during the period of performance.

4.16.4. Serious injury or death of a handler or dog causing the number of required handlers or dogs to be less than required in the PWS will result in Government deducting money from the Contractor until replacement arrives at CRC.

4.17. Reserved

4.18. Narcotics and Explosives Detector Dogs shall be completely trained and certified in these skills prior to deployment.

4.19. A Headquarters Department of the Army (DAMO-ODL) and Office of the Provost Marshal General (OPMG) approved certification authority must act as the appointed certification authority for this contract. The ARCENT/CFLCC Office of the Provost Marshal maintains the DA appointed Certification Authorities for the CENTCOM AOR. This will be coordinated with the appropriate authorities by the Contracting Officer's Representative at Kandahar Airfield.

4.20. Reserved

4.21 Contractor shall be responsible for providing Defense Base Act (DBA) Insurance as mandated by Defense Base Act of 1984. Final proposal shall indicate costs associated with providing such insurance.

4.22. Contractor shall indicate in proposal if they desire Government veterinary care at Kandahar. As this base is changing and there is no guarantee that U.S. provided veterinary care will be provided beyond 1 August 2008 the contractor shall detail how veterinary care will be accomplished in Afghanistan.

## APPENDIX A REPORTS

A.1. Reports will be submitted electronically in a Microsoft Office compatible format or using standard Army forms.

A.1.1. Contractor format with Government approval.

A.1.2. Reports are due no later than 1600 on the day specified.

A.2. Yearly. (Due at the Beginning of Contract Performance)

A.2.1. Quality Control Plan, Para 4.2.

A.2.2. Management Plan, Para 1.3.2.

A.2.3. Performance Metrics, Para 4.11.

A.3. Monthly. (Due on Fifth Business Day of Each Month as of Last Day of Previous Month)

A.3.1. Training and Utilization Record

A.3.2. Narcotics or Explosives Detector Training and Utilization Record

A.3.3. Controlled Substance Training and Utilization Record

A.3.4. Controlled Substance Accountability Record (or as required)

A.3.5. Explosive Training Aid Inventory (or as required)

A.4. Weekly. (Due on Saturday)

A.4.1. Handler Work Schedule

A.5. Daily.

A.5.1. Status Report.

A.6. As Required

A.6.1. Serious Incident Report

## APPENDIX B JOB DESCRIPTIONS AND QUALIFICATIONS

| Position | Description |
|---|---|
| Qualifications | |
| Kennel master / Project Manager | The Kennel master is in charge of the Contractor's CWD program in Kandahar, Afghanistan. Responsible for overall management of the specific order(s). |
| Minimum six years prior experience as a senior military or civilian working dog handler or four years experience as a kennel master or two years experience as a working dog program manager. Resume required. | |
| Handler | Each handler is personally responsible for his or her assigned dog. The handler trains, employs, feeds, cares for, cleans, and otherwise maintains his or her assigned dog in every way. The dog depends directly on the handler and, in keeping with the principle of one dog — one handler, the dog should never have to depend on anyone other than the assigned handler. The handler is responsible for the cleaning and maintenance of the dog's kennel. The handler is directly responsible to the Kennel master for the operation, maintenance, and cleaning of the kennels, kennel support building, training area, exercise area, obedience course, and any other areas or equipment that are included in the kennel facility. The handler is responsible for maintaining accurate, complete, and current utilization records. |
| Minimum of 2 years experience as a handler. Must be third party trained (e.g. Prior military training from the 341st CWDTS or Municipal Government-Sponsored Course). Proof of this training must be provided. Must be third party trained and certified as a narcotics or explosives detector handler prior to arriving in Afghanistan. Minimum of 1-year experience as a narcotics or explosives detector handler. | |
| CWD Trainer/Supervisor | The CWD Trainer/Supervisor is the Kennel master's assistant in daily operations, and will assume duties as Kennel master in the primary's absence. The CWD Trainer/Supervisor is personally responsible for the planning, supervision, maintenance of training records, security of training aids, and the conduct of training CWD under the contract. The Contractor's Trainer/Supervisor will ensure the CWD training program is in keeping with the standards of AR 190-12, guidance outlined by the Certification Authority, and the CWD contract. The CWD Trainer/Supervisor will ensure that the CWD training program is geared |

| | |
|---|---|
| | towards the principle of one dog — one handler. The CWD Trainer/Supervisor is directly responsible to the Kennel master for the operation and maintenance of training aids, records, and training areas, exercise area, obedience course, and any other training areas or equipment that are included in the kennel facility. The CWD Trainer/Supervisor is responsible for maintaining accurate, complete, and current training records. This position will require the person to be a certified handler, but will not be an additional duty. This is a full time position. |
| Minimum of 4 years experience as a handler. Must be third party trained (e.g. Prior military training from the 341st CWDTS or Municipal Government-Sponsored Course). Proof of this training must be provided. Minimum of 2-year experience as a narcotics or explosives detector handler. Resume required. | |

## APPENDIX C EXTRACT, CHAPTER 3, SECTION III, DA PAM 190-12

### 3-10. Obedience commands

On command from the handler, the patrol dog must execute the commands of SIT, DOWN, HEEL, and STAY. These commands must be executed when the dog is located at the handler's side and when the handler is positioned at least 10 feet away from the dog. Only one physical correction per four commands is allowed. The command STAY is rated critical due to its importance to controlled aggression and performance. The commands SIT, DOWN, and HEEL are rated semi-critical.

### 3-11. Obedience course (semi-critical)

The dog must be able to negotiate the obedience course at a moderate pace, on-leash, by command of its handler. This task is rated semi-critical. The obedience course and proper sequence of the obstacles (numbered 1 through 11) is shown in figure 3-1 .

*a. Task one (barrels one, two, three, and tunnel).* On command, the dog will walk or crawl through the barrels of various lengths and the tunnel, immediately coming to the heel or sit position when each part of the task is completed.

*b. Task two (steps).* On command, the dog will climb up, then down the step obstacle, and immediately come to the heel and sit position when the task is completed.

*c. Task three (jumps one, two, and three).* On command, the dog will leap jump one at the 24-inch level, jump two at the 30-inch level, and jump three at the 36-inch level. The dog will come immediately to the heel or sit position after completing the task.

*d. Task four (window).* On command, the dog will jump up and through the window opening at a height of 36 inches, and immediately come to the heel or sit position on the other side of the obstacle.

*e. Task five (A-frame).* On command, the dog will scale the entire length of the A-frame in the full raised position, up and down, and immediately come to the proper heel or sit position.

*f. Task six (dog walk).* On command, the dog will climb and walk the entire length of the dog walk, and immediately come to the heel or sit position.

### 3-12. Controlled aggression

*a. False run (critical).* On the command STAY, the dog must remain in the heel or sit position, off-leash, and not attack when approached by a person. To evaluate, a person wearing an arm protector, starting from a position at least 40 feet away from the dog, approaches the dog to a distance of no closer than four feet from the dog, and then

returns to the starting position. The arm protector must not touch the dog or be used to provoke the dog to respond incorrectly. This task is rated critical.

*b. Attack (critical).* The patrol dog must stay in the heel or sit position, off-leash, and attack only on the command GET HIM. The dog must leave the handler's side and attack a person wearing an arm protector. The person must be positioned at least 40 feet away from the dog team. The dog must complete the attack, bite, and hold the arm protector for at least 15 seconds, and release on the command OUT. This task is rated critical.

*c. Search and attack (critical).* The dog must, on the command STAY, remain in the down or sit position while the handler searches a person. If there is any attempt to escape or if the person initiates any hostile act against the handler or the dog, the dog must attack without command and hold the person for at least 15 seconds. After the search, the handler moves to a position about two feet to the right and 10 feet to the rear of the person, so the person is positioned between the dog and the handler. Then, facing the dog, the handler commands the dog to HEEL. The dog must move to the HEEL position next to this handler without attacking the person. The person must not touch the dog or attempt to provoke the dog to attack. This task is rated critical.

*d. Stand-off (semi-critical).* The correct response for this task is for the dog to cease pursuit of an agitator on the command OUT, then on the command of HEEL return to the handler. During school training, the dog may bite or nip at the agitator, but the dog must respond to verbal correction and return to the HEEL position on command. This task is rated semi-critical.

*e. Escort (semi-critical).* With the dog in the heel position, the handler and dog escort the person for a distance of at least 10 meters. The dog must stay in the heel position, off-leash, and not attack. This task is rated semi-critical.

**3-13. Building search (critical)**

The patrol dog must find one person in a building and show the handler the location of the person. The dog also must show proficiency in attacking a person who tries to escape or who tries to harm the handler or the dog. For school certification, the dog must be on-leash. This task is rated critical.

**3-14. Small arms fire (critical)**

The patrol dog must not be deterred from attacking during gunfire. This task is rated critical.

**3-15. Scouting or patrolling (critical)**

The patrol dog must be able to detect a person by scent, sound, and sight. This task is rated critical. The following tasks must be accomplished to demonstrate proficiency in scouting or patrolling:

*a.* Detect and respond to the odor or scent of a person who is hidden 50 meters upwind and follow the odor or scent to the person's location.

*b.* Detect and respond to a sound made by a person 100 feet downwind and follow this sound to the source.

*c.* Visually detect and respond to a person in view 100 feet downwind and pursue the person on command.

*d.* The patrol dog must demonstrate proficiency in pursuit and attack during this detection work.

**3-16. Vehicle patrol (semi-critical)**

The patrol dog must ride quietly and calmly inside a vehicle with the handler. The patrol dog must not be aggressive towards passengers or the driver. The driver may or may not be the handler.