# EXHIBIT I WITHHELD
# (REDACTED IN ITS ENTIRETY)