**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **EOD TECHNOLOGY, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| **THE UNITED STATES,** | ) | Case No. 08-283-C |
| Defendant, and | ) | (Judge C. Lettow) |
| **AMERICAN K-9, INC.** | ) | Filed: May 1, 2008 |
| Intervening Defendant | ) | |

**INTERVENOR'S MOTION FOR LEAVE TO FILE CORRECTED REDACTED VERSION OF RESPONSE TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

Intervenor American K-9 Detection Services, Inc. ("American K-9") respectfully submits this motion for leave to file a corrected redacted version of its brief in response to Plaintiff's application for a temporary restraining order and motion for preliminary injunction, which corrected version is attached hereto as Attachment A. The corrected version is essentially identical to the redacted version filed on April 30, 2008. The older redacted version was uploaded using a different method, however, leading to possible technical problems with the Adobe .pdf file. As such, a corrected redacted version must be reloaded using the Court's CM/ECF system in order to comply with the Court's Protective Order and RCFC, Appendix C, paragraph 19.

Because the corrected redacted version of American K-9's brief in response to Plaintiff's application for a temporary restraining order and motion for preliminary injunction is essentially

identical to the older version, neither Plaintiff nor Defendant will be prejudiced if American K-9 is granted leave to file the corrected version. Thus, American K-9 respectfully requests leave from the Court to file Attachment A to the instant motion, a corrected redacted version of American K-9's brief in response to Plaintiff's application for a temporary restraining order and motion for preliminary injunction.

Respectfully submitted,

s/J. Philip Ludvigson
J. Philip Ludvigson
DLA Piper US LLP
500 Eighth Street, NW
Washington, DC 20004
Telephone: 202-799-4405
Facsimile: 202-799-5405

Counsel for Intervenor
American K-9, Inc.

Of Counsel:
Fernand A. Lavallee
DLA Piper US LLP
500 Eighth Street, NW
Washington, DC 20004
Telephone: 202-799-4401
Facsimile: 202-799-5401

Of Counsel:
Monica J. Washington Rothbaum
Stenstrom, McIntosh, Colbert, Whigham & Partlow, P.A.
1001 Heathrow Park Lane, Suite 4001
Lake Mary, FL 32746
Telephone: 407-322-2171
Facsimile: 407-330-2379

May 1, 2008