IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: May 5, 2008)

EOD TECHNOLOGY, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

and

AMERICAN K-9, INC.

Intervening Defendant.

ORDER

Pending before the court is intervening defendant's motion, filed May 1, 2008, for leave to file a corrected version of its redacted response to plaintiff's application for a temporary restraining order and motion for a preliminary injunction.

Good cause having been shown, intervening defendant's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge