# EXHIBIT 1
# WITHHELD IN ENTIRETY

# EXHIBIT 2
# WITHHELD IN ENTIRETY

# EXHIBIT 3

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **EOD TECHNOLOGY, INC.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant, and<br>**AMERICAN K-9, INC.**<br>Intervening Defendant | ) | REDACTED VERSION<br><br>Case No. 08-283-C<br>(Judge C. Lettow)<br>Filed: April 24, 2008 |

**DECLARATION OF [redacted]**

I, [redacted], make the following declaration in accordance with 28 U.S.C. § 1746.

1. My name is [redacted]. I am over the age of eighteen (18) years, sui juris, and make this Declaration based on my personal experience and personal knowledge.

2. My resume is attached to and incorporated into this Affidavit as Exhibit A.

3. I have been employed with American K-9 Detection Services, Inc. ("American K-9") since [redacted] and I currently serve as [redacted] for American K-9.

4. I have worked for American K-9 in Southeast Afghanistan from [redacted], and I served as [redacted] Afghanistan from [redacted].

5. I have extensive knowledge concerning the training and handling of explosive detection canine teams on military bases and, in particular, I have in-depth knowledge about the requirements for mobilizing such teams in Southeast Afghanistan.

6. [redacted] I became familiar with the capabilities of EODT and the obstacles EODT encountered in attempting to accomplish the transition. I also observed numerous failings on the part of EODT that I will explain in further detail.

7. [redacted] American K-9 and the Kandahar Regional Contracting Center, Kandahar Airfield, Afghanistan in respect of the current six-month Contract No. W91B4L-08-M-0257.

8. Presently, I am involved in [redacted] for the above-referenced contract. In this regard, I have personal knowledge of the Army's stated requirements on this contract and American K-9's capacity to meet them.

9. Based on this knowledge, I can state with confidence that American K-9 is fully meeting the government requirements on the contract, and that American K-9 will continue to meet these requirements for the foreseeable future.

10. To invite another contractor to participate in the contract at this juncture would undermine performance of the contract, as I will further explain.

11. First, the Contracting Office in Kandahar, Afghanistan, with its limited staffing, would find it difficult to coordinate more than one contracting company with respect to maintenance, fielding and invoicing issues, thereby multiplying the workload of the Office.

12. Second, the facilities at Kandahar Airfield, Afghanistan can accommodate only a finite number of personnel and assets. The living space and kennels would have to be shared by contracting companies, which would jeopardize the protection of proprietary information.

13. Third, multiple awards would mean greater costs, because each company would have it's own administration. It might also result in lack of consistency in operations.

14. Fourth, due to the competitive nature of the working dog business, multiple awards would invite distracting competition between companies. Two competitive companies on one site may regularly recruit and hire each other's handlers. If a handler moves to another company without his dog, the team is immediately decertified. Per the Army's regulations, the handler would need to be certified with another dog before he could begin working on the contract.

15. Moreover, from the slots available for deployment through CONUS Replacement Center ("CRC") to the space available on milk runs to the various Forward Operating Bases ("FOBs"), which are supported by the same units, the contracting companies would compete for precedence, and would constantly be on the look-out for preferential treatment of one company over another.

16. Multiple companies would also mean a much slower approval process from the Army certification authority, and competitors would again bicker over who will be certified first.

17. Fifth, even if the contract could be parceled out to various companies, it would be very difficult for another company to meet the government's requirements at this point. CRC has a 45-day waiting list for participation in the classes required for deployment of personnel.

18. Sixth, from my personal observations, I believe that EODT would have particular difficulty in performing on this contract.

19. Some background is in order. As stated previously, [redacted] I was able

to observe EODT's ability to mobilize, certify and field teams. In all three areas, EODT made certain mistakes in planning and performance. For example, when EODT arrived on the site, it was immediately apparent that they had intended to hire our personnel. However, because they had underbid the contract, they did not have the funds to offer our personnel a competitive salary. Indeed their offers were 20% below industry standards. In my view, this indicated irresponsible bidding and demonstrated one of the first pitfalls in their mobilization plan.

20. Second, based on my discussions with EODT representatives, it was clear that EODT had yet to arrange the acquisition of the most basic of tools required to perform the awarded contract. They did not have the contracted employees on hand to fulfill the posted requirements and they did not have the requisite number of dogs purchased or acquired to fulfill the posted requirement, and no understanding of the post requirements.

21. As a result, after the first week of their advanced team's deployment, EODT began requesting an extension on the delivery of their execution. EODT explained that, due to the holiday season, CRC was shut down and the remaining classes were full for the month. However, this was not the case. I had personal knowledge [redacted] that there were a number of seats available as of 24 hours prior to the class.

[redacted]

[redacted]

23. There were also troubling issues with respect to EODT's certification of its canine teams. While the contract required that the teams must be certified by the US Army-appointed Certification Authority prior to their deployment into the field, EODT maintained upon their arrival in the theater, that they should and would be allowed to self-certify. As a result, they were grossly behind schedule in meeting this important requirement. This delay once again demonstrated both the irresponsible pre-planning of EODT's mobilization and their lack of knowledge and experience in providing for a canine contract. It also brought to light their complete ignorance of the requirements for certification under the DA PAM 190-12. Under these requirements, a contracted working dog team could not be certified by anyone other than an appointed Certification Authority once one has been assigned. In addition, the certification process in and of itself is a labor intensive four full days of examination. So even if EODT were permitted to self certify and no Certification Authority had been assigned to Afghanistan, EODT was not going to be able to certify their teams to the requirements of the DA PAM 190-12. The lack of properly certified teams would give a false sense of security that would endanger our military counterparts. It would be better in this instance to not field at all rather than to place an unprepared and unqualified team in such a delicate and mission critical position.

24. With respect to fielding, EODT encountered similar delays. Due to space availability on ring flights to outlying FOB locations, securing positions for the movements of personnel required co-ordination as far in advance as possible. Movements must be planned at least two or more ring flights in advance in order to provide for the proper and timely

replacement of each forward deployed asset. EODT failed to plan for these contingencies, and therefore was restricted in its ability to meet its fielding requirements.

25. No other device or means is as effective as a dog team when it comes to discovering explosives. Other mechanical and radiological means of detecting a possible explosive device have been developed but have proven to be inaccurate and costly. Not to mention, most of these devices are restricted in their portability and are operationally useless in the field. For example, at Kandahar Air Field and its outlying FOBs, [redacted]

26. In contrast, using a large vehicle X-ray machine, which operates from a static position, the suspect vehicle has to [redacted].

[redacted] Another poor alternative is using [redacted]

[redacted]. These machines are quite obviously a good attempt at duplicating a canine's natural instinct. However, [redacted]

28. There are no devices or systems comparable to Explosive Detector Dog teams while on operations outside the confines of the facility. EDD teams are a proven asset in the deterrence of Anti-Coalition Member ("ACM") activity throughout the region. [redacted] They have also been used for searching suspected ACM compounds for possible weapons and ammunition caches. But, most importantly, in a theater where [redacted] of the casualties to coalition forces are directly attributed to IEDs, they provide a level of safety and security unmatched by any mechanical or technological methods or devices available today. EDD teams are deployed [redacted]. EDD teams have discovered several IEDs and protected the lives of both military and civilian personnel on the ground. This alone has forced the enemy to change their tactics and operational procedures, which in turn directly impacts their operational capabilities.

29. Training and experience is essential to the effective use of dog teams. For example, [redacted]

[redacted] While 100% accuracy cannot be guaranteed using this method, it can be quite effective and is much more versatile than using other means. However, much depends on the relationship between the dog and the handler, the level of training of the team, and the handler's level of awareness in noticing the subtle changes in the dog's behavior. Teams that are inexperienced with local conditions and enemy tactics, are not well-trained, or lack proper certification have much less accuracy.

30. Again, there are no comparable devices or technologies available that can fill the role of an EDD team in either a static or patrol environment. EDD teams save lives and provide an important tool in the overall force protection plan. [redacted] I can say there is nothing more accurate, cost affective, or proven as a well-trained EDD team.

31. Due both to the effectiveness of the EDD teams and the changing tactical and strategic considerations on the ground, I have seen the Army's EDD team requirements consistently increase. [redacted].

32. As I stated previously, experience and certification of teams is crucial. As of now, the quality assurance measure provided by the requirements of the certification is that a US Army Certifying Authority will conduct the certification as per the standards set forth by the

Department of Defense's DA PAM 190-12. This ensures that the contracted provider renders equal, if not better, service to their military counter parts in the field. Due to there being only [redacted]. Also, each hander is required to spend 14 days training upon their arrival in country, slowing fielding to [redacted]. Splitting dogs and handlers that have already been certified together as a team requires re-certification, which can complicate this process further. Currently, initial certification by the Department of the Army Certification Authority must occur within 30 days of arrival of dog, handler, or both arriving to Afghanistan.

33. In summary, I strongly believe, based on my experience and personal knowledge that: 1) American K-9 is fully meeting the Army's requirements in respect of the instant contract; 2) inviting additional companies to participate in this contract will be harmful to the Army's interests and the security of coalition personnel; 3) it would be difficult for another company to meet the Army's requirements; 4) EODT, in particular, would have difficulty meeting the Army's needs; and 5) no other device or means is as effective as a dog team when it comes to discovering explosives.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2008.

[redacted]

# EXHIBIT 4
# WITHHELD IN ENTIRETY

# EXHIBIT 5
# WITHHELD IN ITS ENTIRETY