IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: June 2, 2008)

EOD TECHNOLOGY, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

and

AMERICAN K-9, INC.

Intervening Defendant.

SCHEDULING ORDER

The court will hold a hearing on June 4, 2008 at 3:00 p.m to address the joint status report filed on May 30, 2008. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge