IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: June 4, 2008)

EOD TECHNOLOGY, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

and

AMERICAN K-9, INC.

Intervening Defendant.

ORDER

The clerk is directed to seal the electronic recording of the hearing on redactions that took place on May 15, 2008 at 10:00 a.m.

It is so ORDERED.

s/ Charles F. Lettow
Judge