IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: June 4, 2008)

EOD TECHNOLOGY, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

and

AMERICAN K-9, INC.

Intervening Defendant.

ORDER FOR FINAL JUDGMENT

Following the submission of a joint status report on May 30, 2008 and a hearing held on June 4, 2008, final judgment may be entered in this case based upon the proceedings and record established respecting plaintiff's motion for a preliminary injunction and the court's decision on that motion published at *EOD Technology, Inc. v. United States*, __ Fed. Cl. __, 2008 WL 2154108 (May 15, 2008). The court DENIES plaintiff's request for an injunction nullifying the Army's override of an automatic stay arising with plaintiff's protest to the Government Accountability Office of a sole-source bridge contract awarded by the Army to intervenor American K-9, Inc. for contract working dog services in Afghanistan, EXCEPT THAT for the term of the contract, THE COURT ENJOINS the Army from procuring additional contract working dog services from American K-9 on a sole-source basis, absent exigent circumstances.

The clerk is directed to enter final judgment as specified.

No costs.

It is so ORDERED.

s/ Charles F. Lettow
Judge