# In the United States Court of Federal Claims

**No. 08-283 C**

**EOD TECHNOLOGY, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**AMERICAN K-9, INC.,**
**Intervening-Defendant.**

**JUDGMENT**

Pursuant to the court's Order for Final Judgment, filed June 4, 2008, and the court's May 15, 2008 Opinion and Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's request for an injunction nullifying the Army's override of an automatic stay arising with plaintiff's protest to the Government Accountability Office of a sole-source bridge contract awarded by the Army to intervenor American K-9, Inc. for contract working dog services in Afghanistan is denied, <u>except that</u> for the term of the contract <u>the court enjoins</u> the Army from procuring additional contract working dog services from American K-9 on a sole-source basis, absent exigent circumstances. No costs.

John S. Buckley
Acting Clerk of Court

**June 5, 2008** By: s/Lisa L. Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.