**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 25, 2008)
**BID PROTEST**

| | |
|---|---|
| **EOD TECHNOLOGY, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant,<br><br>and<br><br>**AMERICAN K-9, INC.,**<br><br>Intervenor. | Case No. 08-283C<br>(Judge Lettow) |

# NOTICE OF INTENT TO REDACT

Plaintiff EOD Technology, Inc. hereby provides notice of its intent to submit redactions to the transcript of a telephonic hearing before the Court on June 4, 2008. This Court issued a Notice of Filing of Official Transcript for the June 4, 2008 proceedings on June 20, 2008.

Dated: June 25, 2008

Respectfully submitted,

s/ John E. Jensen by s/ Jack Y. Chu

John E. Jensen
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7560
(703) 770-7686 (protected facsimile)
Counsel for EOD Technology, Inc.

Of Counsel:

Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7674