IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-283C

(Filed: July 15, 2008)

EOD TECHNOLOGY, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant, and

AMERICAN K-9, INC.

Intervening Defendant.

**ORDER**

Pending before the court in this override case is defendant's motion for clarification filed June 24, 2008.

The question posed by the motion essentially is whether the court intended to enjoin the Army from procuring additional contract working dog services from the awardee on a sole-source basis during the term of the pertinent bridge contract or during the term of the override, assuming that the latter period would be shorter because the Government Accountability Office ("GAO") would act on the bid protest pending before that entity prior to the time the contract would expire. As the court advised during a hearing held June 4, 2008, the court's jurisdiction in this matter is limited to the override. Accordingly, the court's injunction lost its force when GAO acted in the bid protest, and thus defendant's motion to clarify is GRANTED. The injunction is no longer in effect.

IT IS SO ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge

.